

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED
U.S. MAGISTRATE JUDGE

DATE: October 25, 2023

TIME: 12:45 p.m.

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-5063
Email: Jacob.Operskalski@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL COMPLAINT |
| Plaintiff, | Case No. 2:23-mj-00931-EJY |
| vs. | Violation: |
| JOHN ANTHONY MILLER | Count One |
| Defendant. | 18 U.S.C. § 115(a)(1)(B) Threatening a Federal Official |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being duly sworn, deposes and states:

## COUNT ONE

That on or about October 17, 2023, in the District of Nevada,

**JOHN ANTHONY MILLER**,

the defendant herein, unlawfully, willfully, and knowingly, threatened to assault, kidnap, or murder a United States official with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with intent to retaliate against such official on account of the performance of official duties in violation of Title 18, United States Code, Section 115(a)(1)(B).

Complainant, Special Agent Erin Sweeney, states the following as and for probable cause:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") Las Vegas Field Office, where I have served since July 2023. I am currently assigned to the Domestic Terrorism and Weapons of Mass Destruction Squad within the Joint Terrorism Task Force in Las Vegas, Nevada. I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques. In the course of my employment as a Special Agent with the FBI, I have received training regarding the application for and execution of both search and arrest warrants. I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence.

2. This affidavit is made in support of a criminal complaint charging John Anthony MILLER (hereinafter "MILLER") with a violation of Title 18, United States Code, Section 115(a)(1)(B). Title 18, United States Code, Section 115(a)(1)(B) makes it a crime to threaten to assault, kidnap, or murder a United States official with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with intent to retaliate against such official on account of the performance of official duties.

3. The facts and information contained in this affidavit are based upon my direct participation in this investigation and based upon facts as relayed to me by other law enforcement

2

officers pertaining to this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the charged offense. As a result, I have not included each and every fact known to me regarding this matter.

## PROBABLE CAUSE

4.    Between October 11, 2023, and October 19, 2023, the office of a United States Senator ("U.S. Senator 1") received numerous calls and voicemails from the following number: 951-269-5196. That number appeared on the caller-identification system of U.S. Senator 1 as the incoming call number.

5.    On or about October 17, 2023, the same number, 951-269-5196, left numerous voicemails at the office of U.S. Senator 1. The caller made the following statements:

- "All these fucking lies is in your fucking hands, you fucking bitch, and I'm gonna fucking see you soon, you fucking sellout fucking faggot bitch."

- "You just fucking woken up a motherfucking monster, you fucking piece of shit un-human, subhuman, you're vermin, bitch, you are vermin, bitch, and we're gonna finish what Hitler started you fucking slut."

- "You done picked your side bitch and you done chose evil. I don't give a fuck if you were born into it or not, bitch, you are fucking evil, bitch and we're gonna exterminate you, fuck."

6.    On or about October 19, the same number, 951-269-5196, left more voicemails at the office of U.S. Senator 1. In one voicemail, the caller identified as John MILLER and made the following statements:

- "I wanted uh-uh know if-if my senator had any family members that Israeli settlers because if she did, I'm pre- I'm pretty sure she would, she would uh not make it illegal for these savage Israeli settlers to come back and - 450 thousand of 'em are American and are able to co-commit war crimes and come back and forth back and forth. Huh? Yeah I-I-I pretty sure she is. Pretty sure she is. And she ain't gon do a damn thing. She lets her own family members kill these Pe-Palestinians in the West Bank. The Christians in the West Bank. Senator I'm sorry to say, but ya know what, you're a piece of shit and you're gonna burn in fucking hell for your fucking crimes. You think you-you- don'- you're not fucking complicit, bitch? You're gonna burn in hell, bitch, and me and Jesus are gonna piss on you, bitch."

7.  On October 18, 2023, at approximately 9:00 AM (PDT), an individual arrived at the Lloyd D. George Courthouse at 333 S. Las Vegas Boulevard, Las Vegas, Nevada, 89101, and stated that he was going to see U.S. Senator 1. The individual refused to show identification, but stated his last name was "Miller." The individual was refused entry into the courthouse. After being refused entry, the individual became agitated and started yelling and shouting profanities, including "Let's kill every last Israeli terror-fucking-rist" while walking on Las Vegas Boulevard.

8.  Below is a screenshot of a video taken of MILLER on Las Vegas Boulevard on October 18, 2023:

4



9. Below is a photo of MILLER taken following an arrest in May of 2022. The individual appears to be the same man who is pictured above on Las Vegas Boulevard.



10. On October 20, 2023, your affiant reviewed subscriber information for telephone number, 951-269-5196. T-Mobile subscriber records for telephone number 951-269-5196 identify John MILLER as the subscriber. The address listed for MILLER is in Las Vegas, Nevada.

11. The Las Vegas Metropolitan Police Department provided prior 9-1-1 calls recorded from 951-269-5196. I have reviewed those recordings. In at least two calls, the caller identifies as John MILLER and provides 951-269-5196 as his contact number.

12. These facts support the conclusion that John Anthony MILLER called the office of U.S. Senator 1 and made threats to assault or murder U.S. Senator 1 with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with intent to retaliate against such official on account of the performance of official duties.

## CONCLUSION

13. Based on the foregoing, I respectfully submit that there is probable cause to believe that MILLER did threaten a United States Official with intent to impede, intimidate, or interfere with the official while engaged in the performance of official duties, or with intent to retaliate against such official on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

_____
SPECIAL AGENT ERIN SWEENEY

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 25th day of October, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE