**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-mj-00931-EJY |
| Plaintiff, | ORDER |
| vs. | |
| JOHN ANTHONY MILLER | |
| Defendant. | |

This matter coming before the Court on the Government's Motion to Unseal Complaint, Amended Complaint, and the Case, the premises therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Complaint, Amended Complaint, and the above-captioned matter now pending, shall be, and are, UNSEALED.

DATED this __30th__ day of October 2023.

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE