AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

**FILED**
**U.S. MAGISTRATE JUDGE**

DATE: October 25, 2023

TIME: 12:45 p.m.

United States of America
v.
John Anthony Miller

)
)  Case No.  2-23-mj-00931-EJY
)
)
)
)

_Defendant_

REC'D USMS D/NV
2023 OCT 25 PM 04:21

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 27 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  John Anthony Miller
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B) Threatening a Federal Official

Date: October 25, 2023

City and state:  Las Vegas, Nevada

_Issuing officer's signature_

Elayna J. Youchah, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 10/25/2023 , and the person was arrested on _(date)_ 10/27/2023
at _(city and state)_  LAS VEGAS, NV     .

Date: 10/27/23

P7
_Arresting officer's signature_

FOR FBI
_Printed name and title_