**EXHIBIT LIST**

Case No.: 2:23-mj-931-EJY

Page  1  of  1

USA v.    John Anthony Miller

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
        COUNSEL/PARTIES OF RECORD

        NOV 0 9 2023

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Exhibits on behalf of Government

| DATE MARKED | DATE ADMITTED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 11/09/23 | 11/09/23 | 1A, 1B & 1C | K. Mead | Audio Recording |
| 11/09/23 | 11/09/23 | 2 | K. Mead | Audio Recording |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |